

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-22-00041-CV |
| WESTON GADDY, | § | |
| | | Appeal from the |
| Appellant, | § | |
| | | County Court at Law No. 7 |
| v. | § | |
| | | of El Paso County, Texas |
| ELYSA FENENBOCK, | § | |
| | | (TC# 2019DCV2019) |
| Appellee. | § | |
| | § | |

# **O R D E R**

The Court GRANTS Appellant's motion to vacate the oral argument setting.

Further, on the Court's own motion, and pursuant to Tex.R.App.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause, therefore, this case is scheduled to be submitted **without** oral argument on June 30, 2022.

IT IS SO ORDERED this 29th day of June, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.